UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
STEVEN BLANK,

                        Plaintiff,                                    <u>ORDER</u>

   -against-                                                     CV 12-4553 (ADS)(ETB)

CURTISS-WRIGHT FLOW CONTROL CORPORATION;
ROY SHERMAN, MANAGER OF DESIGN DRAFTING;
ROBERT FROLE, DIRECTOR OF ENGINEERING; PAUL
CERRITO, MECHANICAL DESIGNER; LISA KING, VICE
PRESIDENT OF HUMAN RESOURCES; DEBBIE RYAN,
DIRECTOR OF HUMAN RESOURCES; AND DONALD
KREUTAL, MECHANICAL DESIGNER,

                        Defendants.
--------------------------------------------------------------------------X

      Based on the order, dated April 22, 2013, re-opening this action, I vacate the order dated April 12, 2013 denying as moot the application for attorney fees in this action authorized by order dated March 27, 2013.

      I have renewed the application consisting of the declaration of Cheryl M. Stanton in Support of Defendants' Application for Attorney's Fees and Costs submitted to the Court on April 4, 2013. Annexed thereto are time records detailing the work provided, personnel involved, and costs. I have also reviewed the declaration of plaintiff's counsel, Andrew J. Schatkin, in opposition.

      Based on the lack of any complexity in work performed relating to the underlying motion, I find that the sum of $500.00 is a reasonable amount for cost shifting purposes under Rule 37. In addition, I find the sum of $10.42 to be a reasonable amount for cost reimbursement.

      Accordingly, I direct plaintiff to make payment to defendant in the sum of $510.42 within fourteen (14) days.

**SO ORDERED:**

Dated:  Central Islip, New York
         April 24, 2013

                                                         /s/ E. Thomas Boyle
                                                        E. THOMAS BOYLE
                                                        United States Magistrate Judge